In the Matter of the Claim of DARCY D. DINGMAN, Respondent, v. GENERAL FIBRE BOX COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

(September 30, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BISHOP, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDRE BLANC, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.